DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHUONG LE** and **PHI TANG,**
Appellants,

v.

**NATIONSTAR MORTGAGE, LLC,**
Appellee.

No. 4D17-2447

[June 21, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 14-001002 (11).

Jackson B. de Souza of The Ticktin Law Group, P.L.L.C., Deerfield Beach, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, Celia C. Falzone of Akerman LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., CONCUR.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***